IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-154-4H

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | |
| BOBBY JERMAINE KINLAW, | **ORDER** |
| Defendant. | |

This matter is before the court on the appeal by the government of an order issued by United States Magistrate Judge Robert B. Jones on December 22, 2017, [DE #101], setting conditions of defendant's pre-trial release.

The court has carefully reviewed this matter and finding the Magistrate Judge's decision in accordance with law, the appeal is DENIED. The order of the Magistrate Judge is hereby AFFIRMED. Defendant is ordered released in accordance with the Magistrate Judge's Order Setting Conditions of Release, [DE #101].

This 12th day of January 2018.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35