# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Bobby Jermaine Kinlaw            Docket No. 7:17-CR-154-4H

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Bobby Jermaine Kinlaw, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr, U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 22nd day of December 2017.

The defendant appeared before U.S. Magistrate Judge Kimberly A. Swank for arraignment on the 12th day of March 2019, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant was ordered to abide by all conditions and terms of the home incarceration program. The defendant has been restricted to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the probation officer. The original order required the defendant to pay for monitoring services. However, since he has not been allowed to work while on home incarceration, it is recommended the court amend the original condition imposed and order that the government pay for the costs of location monitoring for the period of time he has been in the program and until the condition is removed by the court.

**PRAYING THAT THE COURT WILL ORDER**

The original condition requiring the defendant be placed on location monitoring and pay for the costs of the program shall be amended to require the government to pay for all costs associated with the location monitoring program while the defendant is in the program.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ John A. Cooper |
| Robert L. Thornton | John A. Cooper |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 414 Chestnut Street, Suite 102 |
| | Wilmington, NC 28401-4290 |
| | Phone: 910-679-2046 |
| | Executed On: August 5, 2019 |

**Bobby Jermaine Kinlaw**
**Docket No. 7:17-CR-154-4H**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered the __5th__ day of __August__, 2019, and ordered filed and made part of the records in the above case.

_____
Kimberly A. Swank
U.S. Magistrate Court Judge